Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 1 4 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Rodney Compton )
#22785-040, Po Box 6000, )
(FCI Gilmer) Glenville, WV. )
26351 )
_____ )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
 )
            Petitioner, )
  vs. )
 )
Warden B. Brown             , )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
 )
            Respondent. )
_____ )

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:23-CV-225
(to be assigned by Clerk)

Bailey, Mazzone, Prince

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

     ☐   a conviction
     ☐   a sentence
     ☐   jail or prison conditions
     ☐   prison disciplinary proceedings
     ☐   a parole problem
     ☒   other, state briefly: Denial of First Step Act Federal Time Credits.

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   6th District Local Court, western Dist. of michigan

4. List the case number, if known: 1:20-cr-00007

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy to Distribute.

6. List the date each sentence was imposed and the terms of the sentence:
   8-9-2020, 100 Months in Custody

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☐ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
    _____
    _____
    _____
    _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes   ☒ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
        1. Name of Court: _____

**Attachment A**

   2. Nature of Proceeding: _____
   3. Grounds Raised: _____
   4. Did you receive an evidentiary hearing ?  ☐ Yes  ☐ No
   5. Result: _____
   6. Date of Result: _____

 B. Second post-conviction proceeding:
   1. Name of Court: _____
   2. Nature of Proceeding: _____
   3. Grounds Raised: _____
   4. Did you receive an evidentiary hearing ? ☐ Yes  ☐ No
   5. Result: _____
   6. Date of Result: _____

 C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
   1. First proceeding: ☐ Yes ☐ No Result: _____
   2. Second proceeding: ☐ Yes ☐ No Result: _____

 D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

 A. U.S. Parole Commission unlawfully revoked my parole.
 B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.    Ground one:
Petitioner is Being Denied First Step Act Time Credits that Congress mandated For Participating IN Anti-Recidivism Programs. (365 Days FSA time Credit & 180 Days Federal Time Credits).

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

1) The FSA States upon Arrival At the B.O.P. inmates Begin to earn FSA Time credits; For good conduct, working, education etc.
2) Petitioner is conduct clear, no write ups and has been waiting on extremely long waiting lists For Classes. He does participate & complete them when the opportunity comes, yet He Has NOT recieved Any time credits.

B.    Ground two:

Attachment A

Due to Covid-19 pandemic Classes stopped for long periods of time, As a result petitioner is still waiting to complete FSA Classes and being Denied His Right to his Earned Credit times Associated with FSA, even though He is eligeble. For FSA credits.

Supporting facts:
1) Petitioner in 5:23-cv-194 sent exhibits to the Court to support His Argument "Ex A" } "B" are "FSA Needs Assessments" For Him Demonstrate His long waits and eligibility For FSA Credits. Please Refer there to view these exhibits as petitioner was ordered to file Again by the Clerk.

C. Ground three:
Policy to Deny FSA Credits. Warden Browns Facility Practice Denies the "10" Days of Credit time Petitioner is Suppose to Accumulate For FSA participation. Their Practice is to Deny it until Prisoners Reach "Low" Recidivism and are then entitled the Additional "5" Day encentive As well. This is a Violation of FSA guide lines.

Supporting facts:
1) The FSA states upon Accival to the BOP Prisoners begin recieving 10 days Per every 30 Days they participate in the FSA. (clear conduct, while waiting between class, working, etc.)
2) Petitioner Has been Clear of all Conduct Participating in FSA.
3) Congress Mandated these Time Credits He is Denied, To inspire change good conduct, and more. Petitioner I Denied His Rights to FSA credits.

D. Ground four:
_____
_____
_____
_____
_____

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
    None were presented
_____
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

        ☒ Yes      ☐ No

        1. If your answer to "A" above was yes, what was the result:
           I has been Denied Verbally. Case Managers say I Cannot Recieve Any Time Credits Unless my Recidivism Risk is "Low" even though this Practice is wrong. A BP-8 Has been Filed weeks Ago with No Answer, Attempts to Resolve Here Have Failed.

**Attachment A**

2. If your answer to "A" above was no, explain:

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes  ☐ No

1. If your answer to "B" above was yes, what was the result: Verbally Denied and the BP-8 Process Has not Yeilded a Response for more than 20 Days.

2. If your answer to "B" above was no, explain:

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

I Request this Court to Order my FSA Time Credits to be Awarded to me in the Amounts of 180 Days Federal time Credits and 365 Days FSA Time Credits that I have been Denied them and to Clarify with the Facility that upon Arrival At the Facility people begin earning FSA Credits not only when they Reach the "Low" Recidivism Rate.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this  5th  day of  June , 2023 .
            (day)            (month)      (year)



_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 5-6-23   _____
                                       Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Rodney Compton
_____
*Your full name*

v.

Warden Brown
_____

_____

_____
*Enter above the full name of respondent in this action*

Civil Action No.: 5:23-CV-225

## Certificate of Service

I, Rodney Compton (your name here), appearing *pro se*, hereby certify that I have served the foregoing Habeas Petition (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 5-6-2023 (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)